1  CYNTHIA GRANDE (SBN: 266549)
   3812 SEPULVEDA BLVD, SUITE 220
2  TORRANCE, CA 90505
   TELEPHONE: (310) 713-2334
3  FACSIMILE: (310) 933-6981

4  Attorney for Debtor/Movant

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO. 2:16-bk-10266-WB |
| | CHAPTER 13 |
| DINO G. GUILLEN | MOTION TO APPROVE LOAN MODIFICATION |
| Debtor. | (no hearing required unless requested in writing) |

TO THE HONORABLE JULIA W. BRAND, JUDGE OF THE UNITED STATES BANRUPTCY COURT, TO THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Debtor Dino G. Guillen ("Movant") hereby requests that the Court approve an order to authorize Debtor to enter into a loan modification affecting the real property commonly known as 1011 E. Alondra Blvd., Compton, CA 90221 (the "Property").

Movant hereby moves this Court for an Order to authorize Debtor to enter into a loan modification for the Property because Movant and Citi Mortgage, Inc., have agreed to modify terms of the second loan on the Property (see attached Exhibit "A"). The purpose of Movant's Motion is to obtain a "comfort order" so that the Court may find that negotiating and entering into a loan modification agreement does not violate the automatic stay provision of 11 U.S.C. Section 362 or any other provision of the Bankruptcy Code or law. Movant is not requesting that the Court approve or disapprove of any agreements.

-1-

-2-

WHEREFORE, Movant prays that this Court issues an Order as follows:

1. An Order authorizing Movant to enter into the loan modifications of the type described in this motion.
2. Any and further relief as the Court deems just and proper.

Respectfully Submitted,

Dated: November 8, 2016

By: /s/ Cynthia Grande
CYNTHIA GRANDE
ATTORNEY FOR MOVANT

# Exhibit "A"

**citi**
CitiMortgage, Inc.
1000 Technology Drive
Mail Station 420
O'Fallon, MO 63368

HELPING YOU STAY IN your home and make voluntary payments more affordable.
Act now to get the help you need!

10/6/2016

CYNTHIA GRANDE
3812 SEPULVEDA BLVD #220
TORRANCE, CA 90505

RE:  Borrower(s):    DINO GUILLEN

Property Address: 1011 EAST ALONDRA ST
COMPTON, CA 90221
CitiMortgage Loan #0771341790
Case #    16-10266

Dear CYNTHIA GRANDE,

IMPORTANT: This communication is in regards to your above referenced client's mortgage loan. Please forward to your client, if you deem appropriate.

Dear CitiMortgage Customer(s):

**Congratulations!** You are approved to enter into a trial period plan under the second lien Citi Supplemental Modification Program. This is the first step toward qualifying for more affordable voluntary second mortgage payments. Please read this letter so that you understand all the steps you need to take to modify the voluntary payments on your second mortgage.

**What you need to do...**
To accept this offer, you must notify us of your intent to accept this offer by 10/20/2016, which is 14 calendar days from the date of this letter, or if you have not notified us and a foreclosure sale has not occurred, you must make your first monthly "trial period payment" by the date identified below. If you fail to make the first Trial Period Plan Payment by 11/1/2016, this offer will be revoked and foreclosure proceedings may continue and a foreclosure sale may occur.

First payment: $1,378.12 by 11/1/2016
Second payment: $1,378.12 by 12/1/2016
Third payment: $1,378.12 by 1/1/2017

**Payment Address:**
CitiMortgage, Inc.
PO Box 9001067
Louisville, KY 40290

LM1063.25147

After all trial period payments are timely made, you continue to meet program eligibility, and you have submitted all the required documents, your second mortgage will be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) If your loan is a Home Equity Line of Credit and your credit line is currently open, by accepting this trial plan you agree Citi will suspend access to your line of credit. **If each payment is not received by CitiMortgage, Inc. in the month in which it is due, this offer will end and your loan will not be modified under the second lien Citi Supplemental Modification Program.**

**Important: Because of your bankruptcy case, you must obtain court approval of this loan modification before CitiMortgage will consider this a permanent modification of your loan. Please contact your attorney with any questions or concerns.**

For help understanding this notice and exploring your options at no charge, the Federal government provides contact information for HUD-approved housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp/, the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the Homeowners HOPE™ Hotline Number 1-888-995-HOPE(4673) and ask for MHA Help.

If you have questions regarding this letter or if you are concerned with how we have handled your account, please call RICHARD ORLET at 1-855-843-2549 ext. 0475077, Monday - Thursday 7:00 a.m. – 8:00 p.m. CT, Friday 7:00 a.m. - 5:00 p.m. CT and Saturday 7:00 a.m. – 4:00 p.m. CT, or via e-mail at RICHARD.K.ORLET@CITI.COM. You may also contact us via mail at: CitiMortgage, Inc., Homeowner Support Team, 1000 Technology Drive, MS 420, O'Fallon, MO 63368.

In accordance with federal law, CitiMortgage has designated the following address where you can send a written request for information, a written notice of error, or a qualified written request:

CitiMortgage, Inc.
Attn: Customer Research Team
PO Box 10002
Hagerstown, MD 21747-0002


Sincerely,

*RICHARD ORLET*
Homeowner Support Specialist
CitiMortgage



Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices (3) Trial Payment Coupons

## NOTICES

TTY Services available: Dial 711 from the United States; Dial 1-866-280-2050 from Puerto Rico.

CALLS ARE RANDOMLY MONITORED AND RECORDED TO ENSURE QUALITY SERVICE.

Hours of operation provided reflect general hours for the Homeowner Support Specialist Unit.

LM1063.25147

**FREQUENTLY ASKED QUESTIONS**   Get the answers you need to some of the most common questions.

Q. **What else should I know about this offer?**

- If you make your new payments timely **we will not pursue any legal action as it relates to the trial payment.**
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Credit Reporting: During your active bankruptcy the loan will reflect the appropriate bankruptcy status:
http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm

Q. **Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

Q. **When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you or your attorney a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other outstanding unpaid amounts as permitted by your loan documents. While this may increase the total loan balance, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance. **Because of your bankruptcy case, you must obtain court approval of this loan modification before CitiMortgage will consider this a permanent modification of your loan. Please contact your attorney with any questions or concerns.**

### Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 11/1/2016. You and we agree that:

**We will not proceed with legal action during the trial period, provided you are complying with the terms of the trial period plan, except as detailed below:**

- During the trial period, any legal action or proceeding, including but not limited to motion for relief from the automatic stay, may not be dismissed and may be immediately resumed if you fail to comply with the terms of the trial period plan or do not qualify for a modification. You waive any and all rights to receive additional notices to resume legal proceeding, to the extent permitted by applicable law. If legal action is required due to issues **unrelated to the modification process** during the trial plan period, such actions may be pursued as required.

LM1063.25147

0000008-0000056

- During the trial period, we may accept and post your trial period payments to your account and it will not affect pending legal proceedings that have already been started.

- The servicer's acceptance and posting of your new payment during the trial period shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

If responding through e-mail, please do not include confidential information. E-Mail communication is randomly monitored to ensure quality service.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF A BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3812 Sepulveda Blvd. Suite 220, Torrance, CA 90505**

A true and correct copy of the foregoing document described as **MOTION TO APPROVE LOAN MODIFICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/8/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy K. Curry (TR) : ecfnc@trustee13.com
Cynthia Grande: ecf@thegrandelawfirm.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **11/8/2016** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Julia W. Brand (LA), 255 E. Temple St., Courtroom 1375, Los Angeles, CA 90012
Citi Mortgage, Inc., 1000 Technology Dr., Mail Station 420, O'Fallon, MO 63368

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, ___, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/8/2016 | MINERVA CAPISTRANO | /s/Minerva Capistrano |
|---|---|---|
| Date | Type Name | Signature |

Dino G. Guillen
1011 E. Alondra Blvd.,
Compton, CA 90221-4331

Cynthia Grande
Cynthia Grande
3812 Sepulveda Blvd. Suite 220
Torrance, CA 90505

Advanta
POB 844
Spring House, PA 19477

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Bank of America
450 American St.,
Simi Valley, CA 93065

Bank of America
POB 26012
Greensboro, NC 27410

Bank of America
POB 982338
El Paso, TX 79998

Bank of America Home Loans
POB 515503
Los Angeles, CA 90051

Bank of America Home Loans
4161 Piedmont Pkwy.,
Greensboro, NC 27410


Citi Mortgage
POB 689196
Des Moines, IA 50368-9196


City of Huntington Beach
POB 3084
Visalia, CA 93291


Nationstar Mortgage
POB 60516
City of Industry, CA 91716


Wells Fargo
POB 54780
Los Angeles, CA 90054

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: 2:16-bk-10266-WB |
|---|---|
| Cynthia Grande<br>Cynthia Grande<br>3812 Sepulveda Blvd. Suite 220<br>Torrance, CA 90505<br>(310) 713-2334 Fax: (310) 933-6981<br>266549<br>info@thegrandelawfirm.com<br>Attorney for: Debtor | CHAPTER: 13<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br>Dino G. Guillen<br>Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(INDIVIDUAL)**<br>**[LBR 1002-1(f)]** |

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Other (specify): MOTION TO APPROVE LOAN MODIFICATION — Date Filed: 11-8-16

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct printed copy of the Filed Document in such places and provided the executed printed copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement About Your Social Security Numbers* (Official Form 121) and provided the executed original to my attorney.

Date: 11-8-16

Signature (handwritten) of Debtor or signing party
**Dino G. Guillen**
Printed name of Signing Party

Date: _____

Signature (handwritten) of Debtor 2 (Joint Debtor) (if applicable)
Printed name of Debtor 2, if applicable

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned attorney for the Signing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed *Part 1 - Declaration of Debtor(s) or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct printed copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement About Your Social Security Numbers* (Official Form 121) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement About Your Social Security Numbers* (Official Form 121) available for review upon request of the court.

Date: 11-8-16

/s/ Cynthia Grande
Signature (handwritten) of attorney for Signing Party
**Cynthia Grande 266549**
Printed Name of attorney for Signing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 F 1002-1.DEC.ELEC.FILING.INDIVIDUAL