

**FILED & ENTERED**

**JAN 23 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:16-bk-10266-WB |
| DINO G GUILLEN, | Chapter: 13 |
| | **ORDER DENYING MOTION FOR APPROVAL OF LOAN MODIFICATION AGREEMENT** |
| | (No hearing required) |
| Debtor(s). | |

The debtor's motion for approval of a loan modification agreement ("Modification") came before this court, and it appearing that: (1) the parties to the Modification agree to its terms; (2) their interests are not adverse; (3) any opinion by this court under the circumstances of this chapter 13 case would be advisory[1]; and (4) absent a provision in the Bankruptcy Code or Federal Rules of Bankruptcy Procedure authorizing the court to approve such a Modification under these facts and circumstances,

//

//

---

[1] See In re Smith, 409 B.R. 1, 4 (Bankr. D.N.H. 2009).

     IT IS HEREBY ORDERED that the motion is denied.  The court will neither review nor approve the terms of any specific loan modification.  Notwithstanding, the parties are not prohibited from entering into an agreement of their own accord.

###

Date: January 23, 2017

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge